**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Paul Christopher DAVIS, Defendant—
Appellant.**

**No. 11–6617.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2011.

Decided: July 26, 2011.

Paul Christopher Davis, Appellant Pro Se. Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Christopher Davis appeals the district court's order granting his 18 U.S.C. § 3582(c) (2006) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Davis,* No. 2:94–cr–00239–JAB–1 (M.D.N.C. Apr. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*